UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Angelia J. Larson,

              Plaintiff,

vs.                                   ORDER ADOPTING
                                        REPORT AND RECOMMENDATION

Wells Fargo Bank N.A., and
Federal Home Loan Mortgage
Corporation,

              Defendants.             Civ. No. 09-3720 (MJD/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That this action is dismissed, without prejudice, as to the Defendant Federal Home Loan Mortgage Corporation, for failure to comply with this Court's Order of February 16, 2010, and for lack of prosecution.


DATED: May 5, 2010                              s/Michael J. Davis
At Minneapolis, Minnesota               Michael J. Davis, Chief Judge
                                                   United States District Court