**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Ann M. Larson, | Civil File No. 09-3720 (MJD/LIB) |
| Plaintiff, | |
| v. | **Notice of Hearing on Wells Fargo Bank, N.A.'s Motion for** |
| Wells Fargo Bank, N.A., | **Summary Judgment** |
| Defendant. | |

TO:   The above-named parties and their attorneys of record.

PLEASE TAKE NOTICE that the Court will hold a hearing on the motion of Defendant Wells Fargo Bank, N.A. ("Wells Fargo") for summary judgment on all claims asserted against Wells Fargo in Plaintiff's Complaint.  The hearing will be held before the Honorable Chief Judge Michael J. Davis on April 21, 2011, at 9:00 a.m. in Courtroom No. 2 of the United States Courthouse, 118 South Mill Street, 212 USPO Building, Fergus Falls, Minnesota 56537.

PLEASE TAKE FURTHER NOTICE that any memorandum in opposition to Wells Fargo's motion for summary judgment must be filed and served on or before March 22, 2011 and Wells Fargo's reply memorandum in support of its motion must be filed and served on or before March 29, 2011.

| | |
|---|---|
| Dated: March 1, 2011 | **FAEGRE & BENSON LLP** |
| | s/ Charles F. Webber |
| | Charles F. Webber (#215247) |
| | Evan A. Fetters (#389290) |
| | 2200 Wells Fargo Center |
| | 90 South Seventh Street |
| | Minneapolis, MN 55402-3901 |
| | (612) 766-7000 |
| | |
| | Attorneys for Defendant |
| | Wells Fargo Bank, N.A. |

fb.us.6450926.01