UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ann M. Larson,    civil file 09 3720 (MJD/RLE)
    plaintiff,

vs.

Wells Fargo Bank N.A.,
    defendant.

MOTION

To:  Wells Fargo Bank N.A., by its attorney Evan Fetters and Faegre and Benson LLP:

1.    Ann M. Larson moves the court for judgment that that certain mortgage in favor of Wells Fargo Bank N.A. by a mortgage dated March 26, 2004, filed April 19, 2004, as document 157257, purportedly encumbering the real property described as: Lot 4 except the Southwesterly 15 feet thereof and all of Lot 6, Block 2, Cliff's Addition to Ortonville, Big Stone County, Minnesota is void and of no effect.

2.    This motion is made upon the attached affidavits and documents and the files and records herein.

  /e/ Sam V. Calvert
Sam V. Calvert
1011 2nd St. North, Suite 107
St. Cloud MN  56303
320-252-4473
atty id # 1431X