IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA


Ann M. Larson

                    Plaintiff(s)                    **CERTIFICATE OF SERVICE OF**
                                                    **CONVENTIONALLY**
                                                    **FILED/SEALED DOCUMENTS**
v.                                                  Case No.:  09-3720

Wells Fargo Bank N.A.

                    Defendant(s)


I hereby certify that on (date), I caused the following documents:

        *[List documents to be filed and served]*

MOTION and NOTICE OF MOTION
MEMORANDUM
AFFIDAVITS and EXHIBITS

to be filed conventionally with the Clerk of Court in accordance with Section IX of the
Civil ECF Guide or Section V of the Criminal ECF Guide and that I caused a copy of the
foregoing documents and the notice of electronic filing of the applicable placeholder to
be mailed by first class mail, postage paid, to the following:

        *[List names and address of those served by U.S. Mail]*

Evan Fetters Faegre & Benson LLP
2200 Wells Fargo Center
90 South 7th ST
Minneapolis MN 55402-3901

Dated: ___March 1,_____, 20_11_          **s/**  Sam Calvert


                                            Name:  Sam Calvert