UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ann M. Larson,  civil file 09 3720 (MJD/LIB)
    plaintiff,

vs.

Wells Fargo Bank N.A.,
    defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2011 I caused the following document:

    Reply in support of plaintiff's motion

to be filed with the court via CM/ECF, which in turn will provide a copy to counsel for defendant:

    And that I separately emailed a copy thereof to counsel as follows:

    Evan Fetters, Faegre and Benson LLP, attorneys Wells Fargo Bank N.A at the email address of:

    EFetters@faegre.com

dated:   March 29, 2011

   s/ Sam V. Calvert
Sam V. Calvert
1011 2nd St. North, Suite 107
St. Cloud MN  56303
320-252-4473
atty id # 1431X