UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ann M. Larson,                                        civil file 09 3720 (MJD/LIB)
    plaintiff,

vs.

Wells Fargo Bank N.A.,
    defendant.

CERTIFICATE REGARDING WORD COUNT

I hereby certify that the accompanying "Reply" was prepared using a word processing program called Libreword, and that according to the word count tool therein the memorandum contains 360 words.

    /e/ Sam Calvert
Sam Calvert
attorney for plaintiff
1011 2nd ST N STE 107
St. Cloud MN 56303
320-252-4473